# CRIMINAL CAUSE FOR GUILTY PLEA

**BEFORE: PEGGY KUO, U.S.M.J.**    Date: November 2, 2022    Time: 10:00 A.M.

Case No.:    22 – CR - 424 (FB)(PK)

DEFENDANT'S NAME: **Jebara Igbara**
 X  present    ___not present   X  custody    ___bond

DEFENSE COUNSEL: **Jeffrey Lichtman/Jeffrey Einhorn**
 X present   ___not present   __CJA         X  RET   __FED DEFENDER

A.U.S.A.: **Lauren Elbert**              COURTROOM DEPUTY: Ryan O'Neil-Berven

FTR LOG:    10:19 – 11:38            Courtroom: Video Conference

 X CASE CALLED        X  DEFENDANT(S) FIRST APPEARANCE

DEFENDANT(S) X  SWORN   X   ARRAIGNED     X  INFORMED OF RIGHTS
        X  WAIVES TRIAL BEFORE DISTRICT COURT

 X   DEFENDANT ENNTERED A PLEA OF NOT GUILTY TO ALL CHARGES IN THE INFORMATION

 X  DEFENDANT CHANGES PLEA TO **GUILTY** AS TO ALL COUNTS OF THE INFORMTION: Count 1: 18 USC 1343 – Wire Fraud; Count 2: 18 USC 1349 – Wire Fraud Conspiracy; and Count 3: 18 USC 1956(a)(1)(A)(i) – Money Laundering

 X    PLEA AGREEMENT MARKED AS GOVERNMENT EXHIBIT 1 AND RETURNED TO THE GOVERNMENT

___ BOND     ___ SET     ___ CONT'D FOR DEFENDANT.

___ SENTENCING SCHEDULED FOR: TO BE DETERMINED UPON COMPLETION OF PRESENTENCE INVESTIGATION REPORT.

***PURSUANT TO THE CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE KUO, DATED NOVEMBER 2, 2022, MAGISTRATE JUDGE KUO HAS ADMINISTERED THE ALLOCUTION PURSUANT TO F.R.C.P. RULE 11 AND A FINDING HAS BEEN MADE THAT THE PLEA WAS KNOWINGLY AND VOLUNTARILY MADE AND NOT COERCED. MAGISTRATE JUDGE KUO RECOMMENDS TO JUDGE BLOCK THAT THE PLEA OF GUILTY BE ACCEPTED.

 X   THE PARTIES ARE DIRECTED TO FILE A JOINT STATUS REPORT BY **NOVEMBER 4, 2022** INFORMING THE COURT WHETHER THE GOVERNMENT IS SEEKING AN ORDER OF DETENTION OR AN ORDER SETTING CONDITIONS OF RELEASE SHOULD BE ENTERED IN LIGHT OF THE DEFENDANT BEING DETAINED IN STATE CUSTODY.

 X  TRANSCRIPT REQUESTED FOR JUDGE BLOCK.